

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Nicholas Brown and Summer Mason v. Jirech Property Management LP

Appellate case number:   01-22-00407-CV

Trial court case number: 22-CCV-070519

Trial court:             County Court at Law No 1 of Fort Bend County

On June 30, 2022, appellants filed a motion for stay pending appeal from the county court's final judgment in the underlying eviction case. Because appellants have not demonstrated that they posted a supersedeas bond, Section 24.007 of the Texas Property Code requires that we deny their stay request. *See* TEX. PROP. CODE § 24.007(a) ("A judgment of a county court may not under any circumstances be stayed pending appeal unless, within 10 days of the signing of the judgment, the appellant files a supersedeas bond in an amount set by the county court."). Accordingly, appellants' motion is **denied**.

It is so ORDERED.

Judge's signature: _____/s/ Gordon Goodman_____
                               Acting individually

Date: ___June 30, 2022_____